# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

|  |  |
|---|---|
| | **JULY 2025 GRAND JURY**<br>**(Impaneled July 25, 2025)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:** |
| **RAYMOND MASON** | Title 18, United States Code, Sections 1466A(b)(1) and (d)(4), and one Forfeiture Allegation |

### COUNT 1

**(Possession of Obscene Visual Depictions Following a Prior Conviction)**

**The Grand Jury Charges That:**

On or about July 15, 2024, in the Western District of New York, the defendant, **RAYMOND MASON**, having a prior conviction for Possession of, and Attempted Receipt of, Child Pornography under Chapter 110 of Title 18, United States Code, did knowingly possess visual depictions, namely computer and AI generated images, that depict minors engaging in sexually explicit conduct and that are obscene, and which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and were produced using materials that had been shipped and transported in interstate and foreign commerce any means, including by computer, namely a cellular device identified as an LG "Rebel 4" device, Model # LML212VL, IMEI: 355987100302297, which was manufactured outside of New York State.

All in violation of Title 18, United States Code, Sections 1466A(b)(1), (d)(4) and 2252A(b)(2).

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of the offense alleged in this Indictment, the defendant, **RAYMOND MASON**, shall forfeit to the United States all his right, title, and interest in any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 1466; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to, the following:

    a. One (1) LG "Rebel 4" device, Model # LML212VL, IMEI: 355987100302297.

**All pursuant to Title 18, United States Code, Sections 1467(a)(1) and (a)(3).**

DATED:  Buffalo, New York, October 29, 2025.

MICHAEL DIGIACOMO
United States Attorney


BY:   S/FRANZ M. WRIGHT
      FRANZ M. WRIGHT
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      138 Delaware Avenue
      Buffalo, New York 14202
      716/843-5825
      Franz.Wright@usdoj.gov


A TRUE BILL:


S/FOREPERSON
FOREPERSON

2