IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v. 25-CR-214-RJA

RAYMOND MASON,

Defendant.

---

## GOVERNMENT'S MEMORANDUM REGARDING RESTITUTION

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, and the undersigned Assistant United States Attorney, hereby notifies the Court and the defendant that at present, the government has not received any restitution requests in this matter. If the government subsequently receives restitution requests from victims of the defendant's offense, the government will notify the Court and the defendant immediately.

DATED: Buffalo, New York, October 16, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY: s/FRANZ M. WRIGHT
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5825
Franz.Wright@usdoj.gov